# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-2364
_____

LaRonda Phox

*Petitioner*

v.

Secretary, Department of Labor

*Respondent*

The Savoy at 21C

*Intervenor*
_____

Petition for Review of an Order of the
Department of Labor (except OSHA)
_____

Submitted: February 7, 2023
Filed: February 10, 2023
[Unpublished]
_____

Before GRUENDER, MELLOY, and STRAS, Circuit Judges.
_____

PER CURIAM.

LaRonda Phox petitions for review following a final order of the United States Department of Labor Administrative Review Board dismissing as untimely her petition for administrative review. After careful review, we find no basis for relief. See 21 U.S.C. § 399d(b)(5)(A) (judicial review of administrative decision on complaint under FDA Food Safety Modernization Act shall conform to Administrative Procedure Act). Accordingly, we deny the petition. See 8th Cir. R. 47B.

_____